UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHOSEN ONE JA'MIMA'NI, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 14-13502-DJC ) |
| NICK CANNON, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

**CASPER, J.**                                                               May 13, 2015

On August 22, 2014, Plaintiff Chosen One Ja'mima'ni initiated this action by filing an affidavit/complaint and a motion to proceed *in forma pauperis*. In an order dated February 27, 2015, the Court granted plaintiff's motion and stated that this action will be dismissed unless plaintiff files an amended complaint. The order specifically stated that if no amended complaint is filed, this case will be dismissed.

The time for responding to the Court's February 27, 2015 Memorandum and Order expired on April 3, 2015. Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED. The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                                                    /s/ Denise J. Casper
                                                                    Denise J. Casper
                                                                    United States District Judge